IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOCAL 682 HEALTH AND WELFARE TRUST FUND, an employee benefit plan, and ROBERT B. VINING, JR., ROBERT KINTZ, FRED KERN, GARY COSSARINI, LaNITA MILLER, and BRETT FRIGILLANA, Trustees of Local 682 Health and Welfare Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY TRUCKING & EXCAVATING, INC., a Missouri Corporation<br><br>Defendants, | Cause No.: 4:09 CV1202 HEA |

## ORDER OF DEFAULT JUDGMENT

This matter comes to the Court after due notice to the Defendant. Defendant remains in default. Based upon evidence presented by Plaintiffs, the Court enters Judgment against Defendant as follows:

Defendant, Henry Trucking & Excavating, Inc., is hereby ordered to submit to Plaintiffs, Local 682 Health and Welfare Trust Fund, an employee benefit plan and its Trustees, all of the requested payroll books and records of the Defendant so that Plaintiffs auditors may complete a payroll compliance examination in accordance with the terms and conditions of the Plaintiffs' Trust document and the parties collective bargaining agreements.

The Court further finds in favor of Plaintiffs for attorneys fees in the amount of Three Hundred Thirty-Seven Dollars and Fifty Cents ($337.50) and for costs in the amount of Five Hundred Fourteen Dollars and Fifty Cents ($514.50) for a Total of Eight Hundred Fifty-Two Dollars ($852.00) based on the accompanying affidavits and pursuant to 29 U.S.C. § 1132 (g)(2).

                Attorney's fees      $    337.50

Costs               $   514.50

**TOTAL**           $   **852.00**

This Judgment is made and entered this 20th day of October, 2009.

_____
Honorable Henry Edward Autrey
United States District Judge